# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM CLANCY,<br><br>        Petitioner,<br><br>      v.<br><br>MIKE MARTEL, Warden,<br><br>        Respondent. | Case No. SACV 10-0637-MMM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 20, 2012

                                           MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE